UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| BRANDIE L. HENSLEY,<br><br>                    Plaintiff,<br>   vs.<br><br>AMAZON.COM, INC. and<br>AMAZON WEB SERVICES, INC.,<br><br>                    Defendants. | CIVIL ACTION NO: 1:24-CV-2636 |

**STIPULATION AND PROPOSED ORDER RE:**

**BRIEFING SCHEDULE FOR MOTION TO DISMISS**

WHEREAS, the Defendants filed a motion to dismiss on January 6, 2025, and any opposition is currently due by January 21, 2025; and

WHEREAS, counsel for the Plaintiff is located in Los Angeles, where a fire emergency with evacuation orders has been in effect for the past week;

IT IS HEREBY STIPULATED AND AGREED that the Plaintiff shall have an extension through January 31, 2025, to file any opposition to the Motion to Dismiss, and any reply shall be filed by February 7, 2025.

January 16, 2025

By: */s/ Daniel E. Sobelsohn*
Daniel E. Sobelsohn (D.C. Bar 485380)
THE SOBELSOHN LAW FIRM
15760 Ventura Blvd., Suite 700
Encino, CA 91436
Tel:    (310) 775-0504
Fax:    (310) 861-5205
Email: daniel@sobelsohnlawfirm.com

Attorneys for Plaintiff

By: /s/ Jason C. Schwartz
Jason C. Schwartz (D.C. Bar No. 465837)
Greta B. Williams (D.C. Bar No. 1006968)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street N.W.
Washington, D.C. 20036-5306
Tel. (202) 955-8242
Fax. (202) 530-9522
JSchwartz@gibsondunn.com
GBWilliams@gibsondunn.com

Attorneys for Defendants Amazon, Inc., and Amazon Web Services, Inc.

## PROPOSED ORDER

IT IS HEREBY ORDERED that Plaintiff shall have through January 31, 2025, to file any opposition to the Motion to Dismiss, and Defendants shall have through February 7, 2025, to file any reply memorandum.

January __, 2025

_____
The Honorable Amir H. Ali
District Court Judge