# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| BRANDIE L. HENSLEY,<br><br>            Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., and AMAZON WEB SERVICES, INC.,<br><br>            Defendants. | Civil Action No. 1:25-cv-310-LMB-WEF |

## DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants Amazon.com, Inc., and Amazon Web Services, Inc., by and through their undersigned counsel, hereby move to dismiss Plaintiff's Second Amended Complaint (ECF No. 27) for failure to state a claim upon which relief can be granted. The grounds for this Motion are set forth in the concurrently filed Memorandum of Law.

Dated: April 4, 2025

Respectfully submitted,

By: /s/   *Jason C. Schwartz*
Jason C. Schwartz (Bar No. 43635)
Anna M. McKenzie (Bar No. 84022)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street N.W.
Washington, D.C. 20036-5306
Tel. (202) 955-8242
Fax. (202) 530-9522
JSchwartz@gibsondunn.com
AMcKenzie@gibsondunn.com

*Attorneys for Defendants Amazon.com, Inc., and Amazon Web Services, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel or parties of record electronically by CM/ECF.

By: /s/    *Jason C. Schwartz*
Jason C. Schwartz (D.C. Bar No. 465837)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street N.W.
Washington, D.C. 20036-5306
Tel. (202) 955-8242
Fax. (202) 530-4209
JSchwartz@gibsondunn.com

*Counsel for Defendants Amazon.com, Inc., and Amazon Web Services, Inc.*