IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BRANDIE HENSLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 1:25-cv-310 (LMB/WEF) |
| | ) |
| AMAZON, INC. and AMAZON.COM SERVICES LLC, | ) |
| | ) |
| Defendants. | ) |

ORDER

For the reasons stated in open court, the defendants' Motion to Dismiss for Failure to State a Claim [Dkt. No. 30] is GRANTED; and it is hereby

ORDERED that this civil action be and is DISMISSED with prejudice.

The Clerk is directed to forward copies of this Order to counsel of record, and to close this civil action.

Entered this 9th day of May, 2025.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge